**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>ALEEM S WAHEED<br>SHIRLEY A WAHEED<br>Debtor(s) | Case No. 11-44277 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2011.

2) The plan was confirmed on 01/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/25/2014.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,486.45.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,100.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,632.68 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $542.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,175.09

Attorney fees paid and disclosed by debtor:   $493.70

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC INTERNATIONAL | Unsecured | 136.98 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 266.83 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 740.59 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 191.73 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 394.31 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,074.08 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 55.05 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 32.91 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 35.55 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 423.07 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 846.13 | 846.13 | 846.13 | 0.00 | 0.00 |
| AFNI INC | Unsecured | NA | 1,251.80 | 1,251.80 | 0.00 | 0.00 |
| ARDLEIGHT ELLIOTT & SONS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,148.64 | 1,148.64 | 0.00 | 0.00 |
| BAKERS BEST HEALTH | Unsecured | 39.94 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 164.00 | 37.16 | 37.16 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 164.00 | 164.50 | 164.50 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 155.00 | 155.37 | 155.37 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 131.00 | 131.58 | 131.58 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | NA | 460.32 | 460.32 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | NA | 840.98 | 840.98 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 2,084.64 | 1,416.16 | 1,416.16 | 0.00 | 0.00 |
| CROSSINGS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTICS CENTER | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM CARE PROVIDE | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM CARE PROVIDE | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FORD CITY CONDOMINIUM ASSOC | Secured | 3,616.38 | 0.00 | 3,616.38 | 1,928.64 | 0.00 |
| FORD CITY CONDOMINIUM ASSOC | Unsecured | 4,135.81 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 586.04 | NA | NA | 0.00 | 0.00 |
| HE STARK AGENCY | Unsecured | 196.13 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 111.00 | 161.91 | 161.91 | 0.00 | 0.00 |
| LINOCLN PARK DTL SPEC LLT | Unsecured | 186.14 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES LP | Unsecured | 712.25 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Unsecured | 4,203.60 | 0.00 | 4,203.60 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 504.20 | 504.20 | 504.20 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 427.44 | 464.23 | 464.23 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 464.23 | 464.23 | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,855.00 | 9,701.86 | 9,701.86 | 5,144.93 | 851.34 |
| SELECT PORTFOLIO SERVICING | Secured | 35,000.00 | 91,473.67 | 91,473.67 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Unsecured | 55,785.00 | NA | NA | 0.00 | 0.00 |
| SHINDLER LAW FIRM | Unsecured | 2,084.64 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Unsecured | 179.79 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 196.99 | 196.99 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE LTD | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SVC | Unsecured | 153.77 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 16.98 | NA | NA | 0.00 | 0.00 |

Case 11-44277    Doc 39    Filed 10/15/14    Entered 10/15/14 12:17:58    Desc Main
                                    Document         Page 4 of 4

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $91,473.67 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,701.86 | $5,144.93 | $851.34 |
| All Other Secured | $3,616.38 | $1,928.64 | $0.00 |
| **TOTAL SECURED:** | **$104,791.91** | **$7,073.57** | **$851.34** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$12,497.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,175.09 |
| Disbursements to Creditors | $7,924.91 |
| **TOTAL DISBURSEMENTS** : | **$11,100.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/15/2014                By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**